B1 (Official Form 1)(1/08)

# United States Bankruptcy Court
## Middle District of Florida

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Ashby Enterprises (Brandon), Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**56-3670908** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**9239 Adamo Dr.**<br>**Tampa, FL**<br>ZIP Code **33619** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Hillsborough** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Ashby Enterprises (Brandon), Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **See Attachment** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **Ashby Enterprises (Brandon), Inc.** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Bernard J. Morse**
Signature of Attorney for Debtor(s)

**Bernard J. Morse 462251**
Printed Name of Attorney for Debtor(s)

**Morse & Gomez, P.A.**
Firm Name

**11268 Winthrop Main Street**
**Suite 102**
**Riverview, FL 33578**

Address

**Email: bmorse@morsegomez.com**
**813-341-8400  Fax: 813-463-1807**
Telephone Number

**January 14, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Rufus Ashby**
Signature of Authorized Individual

**Rufus Ashby**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**January 14, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

In re **Ashby Enterprises (Brandon), Inc.**                                      , Case No. _____
                                          Debtor

# FORM 1. VOLUNTARY PETITION
# Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| **A.B.C.C. Enterprises, LLC** <br> **Middle** | **Affiliate** | **01/14/10** |
| **A.S.K. Contract Flooring, Inc.** <br> **Middle** | **Affiliate** | **01/14/10** |
| **Flooring Gallery, Inc.** <br> **Middle** | **Affiliate** | **11/14/10** |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re **Ashby Enterprises (Brandon), Inc.**
　　　　　　　　　　　　　　　　　　Debtor(s)

Case No.
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

　　Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Aetna<br>PO Box 532430<br>Charlotte, NC 28290-2430 | Aetna<br>PO Box 532430<br>Charlotte, NC 28290-2430 | | | 19,864.18 |
| American Express<br>PO Box 360002<br>Fort Lauderdale, FL 33336 | American Express<br>PO Box 360002<br>Fort Lauderdale, FL 33336 | | | 15,794.01 |
| American Express<br>PO Box 360001<br>Fort Lauderdale, FL 33336 | American Express<br>PO Box 360001<br>Fort Lauderdale, FL 33336 | | | 12,804.73 |
| Bank of America<br>PO Box 15019<br>Wilmington, DE 19886-5019 | Bank of America<br>PO Box 15019<br>Wilmington, DE 19886-5019 | | | 7,135.17 |
| Beaulieu of America<br>Dept. AT 40208<br>Atlanta, GA 31192 | Beaulieu of America<br>Dept. AT 40208<br>Atlanta, GA 31192 | | | 12,184.26 |
| Cain & Bultman<br>PO Box 2815<br>Jacksonville, FL 32203 | Cain & Bultman<br>PO Box 2815<br>Jacksonville, FL 32203 | | | 60,604.64 |
| Carpenter Company<br>PO Box 75252<br>Charlotte, NC 28275 | Carpenter Company<br>PO Box 75252<br>Charlotte, NC 28275 | | | 7,624.80 |
| Citi Cards<br>PO Box 6402<br>The Lakes, NV 88901 | Citi Cards<br>PO Box 6402<br>The Lakes, NV 88901 | | | 9,145.00 |
| Coast to Coast Build<br>750 Twin Rivers Dr.<br>Columbus, OH 43215 | Coast to Coast Build<br>750 Twin Rivers Dr.<br>Columbus, OH 43215 | | | 63,703.18 |
| Florida Flooring<br>5690 Crenshaw St.<br>Tampa, FL 33634 | Florida Flooring<br>5690 Crenshaw St.<br>Tampa, FL 33634 | | | 7,915.85 |
| Gulf Tile<br>8205 E. Adamo Dr.<br>Tampa, FL 33619 | Gulf Tile<br>8205 E. Adamo Dr.<br>Tampa, FL 33619 | | | 8,457.83 |
| LW Flooring | LW Flooring | | | 9,451.15 |

B4 (Official Form 4) (12/07) - Cont.

In re **Ashby Enterprises (Brandon), Inc.**          Case No. _____

                Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Masland Carpets<br>PO Box 277541<br>Atlanta, GA 30384-7541 | Masland Carpets<br>PO Box 277541<br>Atlanta, GA 30384-7541 | | | 11,098.49 |
| Mohawk Carpet Corp<br>PO Box 406289<br>Atlanta, GA 30384 | Mohawk Carpet Corp<br>PO Box 406289<br>Atlanta, GA 30384 | | | 127,680.45 |
| NuVox<br>PO Box 580451<br>Charlotte, NC 28258 | NuVox<br>PO Box 580451<br>Charlotte, NC 28258 | | | 13,572.96 |
| Realty Income | Realty Income | | | 9,462.44 |
| Shaw Industries<br>PO Box 100775<br>Atlanta, GA 30384 | Shaw Industries<br>PO Box 100775<br>Atlanta, GA 30384 | | | 123,679.59 |
| WFLA-TV<br>PO Box 26425<br>Richmond, VA 23260 | WFLA-TV<br>PO Box 26425<br>Richmond, VA 23260 | | | 11,494.60 |
| Wheeler, A Division<br>JJ Haines<br>PO Box 632834<br>Baltimore, MD 21263 | Wheeler, A Division<br>JJ Haines<br>PO Box 632834<br>Baltimore, MD 21263 | | | 14,704.01 |
| WWSB TV<br>PO Box 917372<br>Orlando, FL 32891-7372 | WWSB TV<br>PO Box 917372<br>Orlando, FL 32891-7372 | | | 9,750.35 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

     I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **January 14, 2010**      Signature **/s/ Rufus Ashby**
                                                                 **Rufus Ashby**
                                                                 **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida

In re **Ashby Enterprises (Brandon), Inc.**,
Debtor

Case No. _____

Chapter **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Alan Schneider** <br> **2412 Buckhorn Run Dr.** <br> **Valrico, FL 33596** | | | **33%** |
| **Rufus Ashby** <br> **3814 S. Nine Dr.** <br> **Valrico, FL 33594** | | | **67%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **January 14, 2010**

Signature **/s/ Rufus Ashby**
**Rufus Ashby**
**President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**0** continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Middle District of Florida

In re **Ashby Enterprises (Brandon), Inc.**
Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **January 14, 2010**

**/s/ Rufus Ashby**
**Rufus Ashby**/**President**
Signer/Title

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Ashby Enterprises (Brandon), Inc.
9239 Adamo Dr.
Tampa, FL 33619

American Express
PO Box 360001
Fort Lauderdale, FL 33336

BB Downs LLC
5004 E. Fowler Ave.
Ste. E
Palm Beach Gardens, FL 33418

Bernard J. Morse
Morse & Gomez, P.A.
11268 Winthrop Main Street
Suite 102
Riverview, FL 33578

Angie's List
1030 E. Washington St.
Indianapolis, IN 46202

Beaulieu Commercial
Dept. AT 40208
Atlanta, GA 31192

245

Area Communications
8604 Old Orange Park Rd
Orange Park, FL 32073

Beaulieu of America
Dept. AT 40208
Atlanta, GA 31192

828 International
1512-A Roper Mountain Rd.
Greenville, SC 29615

Arlene Rosof Ray
90 Schenck Ave.
Great Neck, NY 11021

Blab Network Inc.
PO Box 12836
Pensacola, FL 32591

A.P.C. Cork, Inc.
2014 W. Atlantic Blvd.
Pompano Beach, FL 33069

Audi Financial Services
PO Box 17497
Baltimore, MD 21297

Boone Distributors
3616 Harden Blvd.
#394
Lakeland, FL 33803-5938

ADT Security System
PO Box 371967
Pittsburgh, PA 15250

AYP1, Inc.
16057 Tampa Palms Blvd. W
Tampa, FL 33647

Boya Flooring LLC
7003 SW 85th Terrace
Gainesville, FL 32608

Aetna
PO Box 532430
Charlotte, NC 28290-2430

Bank of America
PO Box 15019
Wilmington, DE 19886-5019

Brandon Chamber
330 Pauls Dr.
Ste. 100
Brandon, FL 33511

Alan Schneider
2412 Buckhorn Run Dr.
Valrico, FL 33596

Barbara Ford-Coates
101 S. Washington Blvd.
Sarasota, FL 34236

Brandon Foundation
PO Box 3197
Brandon, FL 33509

American Express
PO Box 360002
Fort Lauderdale, FL 33336

Barefoot Imprints
1676 Fishhawk Blvd.
Lithia, FL 33547

C&R Property Development, In
3809 S. Nine Dr.
Valrico, FL 33596

| | | |
|---|---|---|
| Cain & Bultman<br>PO Box 2815<br>Jacksonville, FL 32203 | City of Tampa Utilities<br>PO Box 30191<br>Tampa, FL 33630 | Eco Timber<br>5215 Central Ave.<br>Richmond, CA 94804 |
| Campo Family YMCA<br>3414 Culbreath Rd<br>Valrico, FL 33594 | Coast to Coast Build<br>750 Twin Rivers Dr.<br>Columbus, OH 43215 | FA Management Enter<br>PO Box 503855<br>Saint Louis, MO 63150 |
| Carpenter Company<br>PO Box 75252<br>Charlotte, NC 28275 | Commercial Fire Equipment<br>PO Box 2442<br>Brandon, FL 33509 | Flooring America FA<br>PO Box 503855<br>Saint Louis, MO 63150 |
| Carrollwood Palms<br>c/o Rem Realty Svc<br>4801 PGA Blvd.<br>Palm Beach Gardens, FL 33418 | Conserv Building Ser<br>6354-118 Ave. N<br>Largo, FL 33773 | Floors 2000<br>PO Box 2010<br>Pensacola, FL 32513 |
| Catalina Home<br>PO Box 360286<br>Pittsburgh, PA 15250 | Construction Software<br>4500 Lake Forest Dr.<br>Suite 502<br>Cincinnati, OH 45242 | Florida Flooring<br>5690 Crenshaw St.<br>Tampa, FL 33634 |
| Ceridian Benefit Services<br>PO Box 10989<br>Newark, NJ 07193 | Culligan Water<br>1099 Enterprise Ct.<br>Nokomis, FL 34275 | Florida Tile<br>PO Box 643970<br>Cincinnati, OH 45264 |
| Chris's Plumbing Services<br>PO Box 3389<br>Riverview, FL 33568 | Custom Wholesale Floors Inc.<br>2655 Dawin Rd. N.<br>Jacksonville, FL 32207 | Four Guys on the Floor<br>1503 NE 158th St.<br>Starke, FL 32091 |
| Citi Cards<br>PO Box 6402<br>The Lakes, NV 88901 | Daltile<br>8121 25th Ct. E.<br>Sarasota, FL 34243 | Freedman's Office SU<br>3935 W. Cypress St.<br>Tampa, FL 33607 |
| Citicorp Leasing<br>PO Box 7247<br>Philadelphia, PA 19170 | Dean Jack<br>1566 Evangelina Ln<br>North Port, FL 34286 | G. Fried Flooring, Inc.<br>c/o Steven Haber<br>1768 Pine Harrier Cir.<br>Sarasota, FL 34231 |

| | | |
|---|---|---|
| G.L. Hanson Carpet<br>955 Spanish Oaks Blvd.<br>Palm Harbor, FL 34683 | Idearc Media<br>PO Box 619009<br>Dallas, TX 75261 | LW Flooring |
| George & Shirley Ros<br>6339 Harlow Blvd.<br>Jacksonville, FL 32210 | International Wholesale Tile<br>PO Box 2267<br>Palm City, FL 34991 | Mail America<br>Success by Design<br>89 Bridge St. Plaza<br>Wheeling, WV 26003 |
| Greater Brandon<br>330 Pauls Dr.<br>Ste. 100<br>Brandon, FL 33511 | IVC US<br>200 Munekata Dr.<br>Dalton, GA 30721 | Marilou Stone<br>330 N. Oaklawn Ave.<br>Elmhurst, IL 60126 |
| Gulf Tile<br>8205 E. Adamo Dr.<br>Tampa, FL 33619 | J & J Industries<br>PO Box 198245<br>Atlanta, GA 30384-8245 | Masland Carpets<br>PO Box 277541<br>Atlanta, GA 30384-7541 |
| Gulfstream Flooring<br>3719 Corporex Park Dr.<br>Tampa, FL 33619 | Johnson Wholesale FL<br>PO Box 250479<br>Atlanta, GA 30325-0479 | Master Tile<br>PO Box 535206<br>Atlanta, GA 30353 |
| Gulistan Carpet Inc.<br>PO Box 651355<br>Charlotte, NC 28265 | Larry Garrard<br>9412 Sayre St.<br>Riverview, FL 33569 | Megatrade Corp Inc.<br>11000 NW 29th St.<br>Ste. 200<br>Miami, FL 33172 |
| Happy Floors Dist.<br>180 NW 183 St.<br>Tampa, FL 33619 | Laura Spaulding<br>23110 SR 54<br>Lutz, FL 33549 | Mercantile Bank<br>2307 W. Kennedy Blvd.<br>Tampa, FL 33609 |
| Home Services Review<br>4143 Clark Center Ave.<br>Sarasota, FL 34238 | Lee's Termite & Pest<br>PO Box 20905<br>Sarasota, FL 34276-3905 | Mike Solmonson<br>11615 Tee Time Cir<br>New Port Richey, FL 34654 |
| Hope Lumber<br>516 6th Ave. E.<br>Bradenton, FL 34208 | LLSA Chamber<br>6950 Gulf of Mexico Dr.<br>Longboat Key, FL 34228 | Milliken<br>PO Box 100503<br>Hollywood, FL 33084 |

| | | |
|---|---|---|
| Mohawk Carpet Corp<br>PO Box 406289<br>Atlanta, GA 30384 | Principal Financial<br>PO Box 14513<br>Des Moines, IA 50306 | Sarasota Assoc of Rea<br>3590 S. Tuttle Ave.<br>Sarasota, FL 34239 |
| Nationwide Mutual<br>PO Box 96040<br>Charlotte, NC 28296 | Quality Floor Supplies<br>5317 W. Crenshaw St.<br>Tampa, FL 33634 | Sarasota Chamber<br>1945 Fruitville Rd.<br>Sarasota, FL 34236 |
| Naturally Aged Floor | Rain Publishing Group<br>708 Harbour Post Dr.<br>Tampa, FL 33602 | Sarasota Herald Tribune<br>PO Box 911364<br>Orlando, FL 32891-1364 |
| Norman & Karen St. James<br>10717 Cup Dr.<br>San Antonio, FL 33576 | Realty Income | Sayco Equipment Sale<br>750 Bell Rd<br>Sarasota, FL 34240 |
| Norman Designs Inc.<br>2274 Main St.<br>Sarasota, FL 34237 | Republic Services<br>PO Box 9001571<br>Louisville, KY 40290 | Shaw Industries<br>PO Box 100775<br>Atlanta, GA 30384 |
| NuVox<br>PO Box 580451<br>Charlotte, NC 28258 | RFMS, Inc.<br>3073 Palisades Ct.<br>Tuscaloosa, AL 35405 | Shoreline Flooring<br>4439 Parkway Commerce Blvd.<br>Orlando, FL 32808 |
| Patriot Jupiter<br>342 Pike Rd.<br>West Palm Beach, FL 33411 | Robbie's Assembly Svc<br>2477 Chaucer St.<br>Clearwater, FL 33765 | Sir Speedy<br>10120 Woodberry Rd.<br>Tampa, FL 33619 |
| PHSI Pure Water Fin<br>PO Box 404582<br>Atlanta, GA 30384 | Rufus Ashby<br>3814 S. Nine Dr.<br>Valrico, FL 33594 | Soni Interiors<br>201 Hickman Dr.<br>Sanford, FL 32771 |
| Phyllis Rosof Swerdlow<br>4 Half Hollow Rd.<br>Selden, NY 11784 | Sam's Club<br>PO Box 530970<br>Atlanta, GA 30353 | Southwest Rapid Rewa<br>PO Box 15153<br>Wilmington, DE 19886 |

| | | |
|---|---|---|
| Standard Coffee Svs<br>PO Box 2752<br>Brandon, FL 33509 | The Observer Group<br>PO Box 3169<br>Sarasota, FL 34230 | West Florida Dist<br>4500 Carmichael Ave.<br>Sarasota, FL 34234 |
| Stanton Carpet<br>PO Box 950<br>Syosset, NY 11791 | Total Call International<br>707 Wilshire Blvd.<br>Los Angeles, CA 90017 | WFLA-TV<br>PO Box 26425<br>Richmond, VA 23260 |
| Stuedle Spears & Fra<br>2821 Hurstbourne Pkwy<br>Louisville, KY 40220 | Travertine Group Inc<br>5100 W Henna Ave.<br>Tampa, FL 33634 | Wheeler, A Division<br>JJ Haines<br>PO Box 632834<br>Baltimore, MD 21263 |
| Suburban Propane<br>PO Box 387<br>Branford, FL 32008 | University Club of Tampa<br>201 N. Franklin St.<br>Tampa, FL 33602 | WWSB TV<br>PO Box 917372<br>Orlando, FL 32891-7372 |
| Suncrest Supply Flooring LLC<br>5194 Island Date St.<br>Sarasota, FL 34232 | Van Dijk Carper Inc.<br>PO Box 1569<br>Cartersville, GA 30120 | Xpress Global System<br>PO Box 24628<br>Chattanooga, TN 37421 |
| Sunshine Stone Product<br>PO Box 5315<br>Ocala, FL 34478 | Verizon Wireless Tampa<br>PO Box 660108<br>Dallas, TX 75266 | Zephyrhills Water<br>PO Box 856680<br>Louisville, KY 40285 |
| Tampa Bay Business<br>4350 W. Cypress St.<br>Tampa, FL 33607 | Versatrim<br>860 Commerce Dr.<br>Henderson, NC 27537 | |
| Temple Beth Israel<br>567 Bay Isles Rd.<br>Longboat Key, FL 34228 | Vitromex - Arko Dist<br>PO box 202246<br>Dallas, TX 75320 | |
| The Home Depot<br>PO Box 4535<br>Carol Stream, IL 60197 | Waste Management<br>PO Box 9001054<br>Louisville, KY 40290 | |