IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re

ASHBY ENTERPRISES (BRANDON), INC.   Case No.  8:10-bk-00706
                                     Chapter  11
    Debtors.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney appears in this case on behalf of Carolina First Bank, a successor in interest by merger to Mercantile Bank (the "Bank") and requests service of all notices, pleadings, and other papers filed in this case as required by the Federal Rules of Bankruptcy Procedure or by order of the Court.

    /s/ John A. Anthony
    **JOHN A. ANTHONY, ESQUIRE**
    Florida Bar Number: 0731013
    Anthony & Partners, LLC
    201 N. Franklin Street, Suite 2400
    Tampa, Florida  33602
    Telephone:  813/273-5616
    Facsimile:  813/221-4113
    Attorneys for the Bank

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by electronic means and/or U.S. first class mail on the 15th day of January, 2010, to:

| | |
|---|---|
| Ashby Enterprises (Brandon), Inc.<br>9239 Adamo Drive<br>Tampa, FL  33619<br>Debtor | Bernard J. Morse, Esq.<br>Morse & Gomez, P.A.<br>11268 Winthrop Main Street, Suite 102<br>Riverview, FL  33578<br>Counsel for Debtors |
| Office of United States Trustee<br>Timberlake Annex, Suite 1200<br>501 E. Polk Street<br>Tampa, FL  33602 | |

    /s/ John A. Anthony
    **ATTORNEY**