UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

ASHBY ENTERPRISES (BRANDON), INC.,   CASE NO. 8:10-bk-00706-KRM
                                      Chapter 11
Debtor.
_____/

## APPLICATION FOR AUTHORITY TO EMPLOY
## MORSE & GOMEZ, P.A.

ASHBY ENTERPRISES (BRANDON), INC., ("Debtor"), by and through its undersigned attorneys, hereby files its Application for Authority to Employ Morse & Gomez, P.A. and says:

### PROCEDURAL AND FACTUAL BACKGROUND

1. The Debtor filed its Voluntary Petition for Relief under Chapter 11 of the Bankruptcy Code ("Code") and an Order for Relief has been entered.

2. At the time of the filing of the Chapter 11 petition the Debtor, together with 3 affiliate debtors, operates retail flooring stores in the west central Florida area.

3. An Official Committee of Unsecured Creditors ("Committee") has not been appointed as of the filing of this Motion.

4. The Debtor seeks authority to employ Morse & Gomez, P.A. ("MG").

5. The attorneys in MG are duly admitted to practice in this Court.

6. The Debtor has selected MG for the reason that they have had considerable experience in bankruptcy-related matters and believes that MG is well qualified to represent the Debtor in this proceeding.

7. The professional services MG will render are as follows:

a. to give the Debtor legal advice with respect to its duties and powers as Debtor;

b. to take necessary steps to set aside preferential transfers;

c. to prepare on behalf of the Debtor the necessary motions, notices, pleadings, petitions, answers, orders, reports and other legal papers required in this Chapter 11 case;

d. to perform all other legal services for the Debtor which may be necessary herein.

8. To the best of the Debtor's knowledge, MG has no connection with the Debtor, any creditor or any other party in interest or their respective attorneys, except as disclosed in the affidavit that accompanies this Application.

9. The Debtor desires to employ MG under a general retainer because of the extensive legal services rendered.

10. MG represents no interest adverse to the Debtor or to the estate in the matter upon which it is to be engaged by the Debtor and its employment would be in the best interest of the estate.

11. No receiver has been appointed herein and no committee of creditors has been appointed or designated herein.

WHEREFORE, the Debtor respectfully requests that it be authorized to employ and appoint Morse & Gomez, P.A. under a general retainer to represent the Debtor in this proceeding under Chapter 11 of the Bankruptcy Code, and that it have such other and further relief as is just.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Debtor's Application for Authority to Employ Morse & Gomez, P.A. was furnished this 15th day of January, 2010 by regular U.S. Mail and/or electronic mail to the Office of the United States Trustee, 501 East Polk Street,

Suite 1200, Tampa, Florida 33602; and to those creditors on the attached matrix.

                                                      MORSE & GOMEZ, P.A.

                                                      BERNARD J. MORSE, ESQUIRE
                                                      11268 Winthrop Main Street, Suite 102
                                                      Riverview, Florida 33578
                                                      Telephone: 813.341.8400
                                                      Facsimile: 813.463.1807
                                                      Florida Bar No. 462251
                                                      chipmorse@morsegomez.com

f:\shared office files\flooring america\pleadings\ashby enterprises brandon\mtn-employ.doc

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

ASHBY ENTERPRISES (BRANDON), INC.,  CASE NO. 8:10-bk-00706-KRM
Chapter 11

Debtor.
_____/

## AFFIDAVIT OF PROPOSED ATTORNEY
## INCLUDING RULE 2016 (b) STATEMENT

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

BEFORE ME, the undersigned authority, personally appeared Bernard J. Morse, Esquire, who, after being first duly sworn, deposes and states:

1. I am a Shareholder of and an attorney employed by Morse & Gomez, P.A. which is located at 11268 Winthrop Main Street, Suite 102, Riverview, Florida 33578. I am duly authorized to practice law in the State of Florida and to appear in the Federal Courts of the United States of America, Middle District of Florida.

2. This affidavit is submitted in order to comply with 11 U.S.C. §§327, 328(a) and 329(a) and Federal Rules of Bankruptcy Procedure Rules 2014 and 2016.

3. Neither I nor any member of the firm has any connections with the Debtor, creditors, any other party in interest, their respective attorneys and accountants, or any other person employed in the office of the United States Trustee, which would represent an interest adverse to the estate except as disclosed herein.

4. Neither I nor any member of the firm has or has in the past maintained any of the relationships described in the statutory definition of disinterestedness as set forth in 11 U.S.C.

§101(14).

5. Morse & Gomez, P.A. has no fee sharing arrangements with any other attorneys or accountants in this case.

6. In connection with the filing of the above styled case, the undersigned and Morse & Gomez, P.A. has agreed to represent the following affiliated Debtors in their Chapter 11 cases:

FLOORING GALLERY, INC.

A.S.K. CONTRACT FLOORING, INC.

A.B.C.C. ENTERPRISES, LLC

ASHBY ENTERPRISES (BRANDON), INC.

7. Prior to filing the Chapter 11 petitions I received a retainer of $37,503.96 from A.S.K. Contract Flooring, Inc. an affiliate of the four Debtors identified above.

FURTHER AFFIANT SAYETH NAUGHT

_____
BERNARD J. MORSE, ESQUIRE

SWORN TO AND SUBSCRIBED before me, an officer duly authorized to take acknowledgments on this 15th day of January, 2010, personally appeared, BERNARD J. MORSE, who is personally known to me and who did take an oath.



_____
NOTARY PUBLIC - STATE OF FLORIDA
My Commission Expires: 10/5/2010

F:\Shared Office Files\Flooring America\Pleadings\Ashby Enterprises Brandon\aff-proposed-atty.doc